# United States Court of Appeals
## For the First Circuit

_____

**DOCKETING STATEMENT**

**No.** 11-2281            **Short Title:** Hightower v. City of Boston

**Type of Action**

- [✓] Civil
- [ ] Criminal/Prisoner
- [ ] Cross Appeal

A. Timeliness of Appeal
  1. Date of entry of judgment or order appealed from  September 29, 2011
  2. Date this notice of appeal filed October 26, 2011
     If cross appeal, date first notice of appeal filed _____
  3. Filing date of any post-judgment motion filed by any party which tolls time under Fed. R. App. P. 4(a)(4) or 4(b) _____
  4. Date of entry of order deciding above post-judgment motion _____
  5. Filing date of any motion to extend time under Fed. R. App. P. 4(a)(5), 4(a)(6) or 4(b) _____
     Time extended to _____

B. Finality of Order or Judgment
  1. Is the order or judgment appealed from a final decision on the merits? [✓] Yes  [ ] No
  2. If no,
     a. Did the district court order entry of judgment as to fewer than all claims or all parties pursuant to Fed. R. C. P. 54(b)?  [ ] Yes  [ ] No
        If yes, explain _____
     b. Is the order appealed from a collateral or interlocutory order reviewable under any exception to the finality rule?  [ ] Yes  [ ] No
        If yes, explain _____

C. Has this case previously been appealed?  [ ] Yes  [✓] No
   If yes, give the case name, docket number and disposition of each prior appeal
   _____

D. Are any related cases or cases raising related issues pending in this court, any district court of this circuit, or the Supreme Court?  [✓] Yes  [ ] No
   If yes, cite the case and manner in which it is related on a separate page. If abeyance or consolidation is warranted, counsel must file a separate motion seeking such relief.

E.  Were there any in-court proceedings below? ☑ Yes ☐ No
    If yes, is a transcript necessary for this appeal? ☑ Yes ☐ No
    If yes, is transcript already on file with district court? ☑ Yes ☐ No

F.  List each adverse party to the appeal.  If no attorney, give address and telephone number of the adverse party. Attach additional page if necessary.

   1. Adverse party City of Boston
      Attorney Lisa Skehill Maki
      Address One City Hall Plaza, Suite 615, Boston MA 02210
      Telephone 617.635.4022

   2. Adverse party Edward Davis
      Attorney Lisa Skehill Maki
      Address One City Hall Plaza, Suite 615, Boston MA 02210
      Telephone 617.635.4022

   3. Adverse party Commonwealth of Massachusetts
      Attorney Kenneth Salinger
      Address Office of the Atty general, One Ashburton Pl, Boston, MA 02108
      Telephone 617.963.2075

G.  List name(s) and address(es) of appellant(s) who filed this notice of appeal and appellant's counsel. Attach additional page if necessary.

   1. Appellant's name Stacey Hightower
      Address 63 Milton Avenue, Dorchester MA 02124
      Telephone 617.542.1533

      Attorney's name Alan Gura
      Firm Gura & Possessky, PLLC
      Address 101 N. Columbus Street, Suite 405 Alexandria VA 22314
      Telephone 703.835.9085

   2. Appellant's name
      Address
      Telephone

      Attorney's name
      Firm
      Address
      Telephone

   Will you be handling the appeal? (In criminal cases counsel below will handle the appeal unless relieved by this court.) ☑ Yes ☐ No

Fed. R. App. P. 12(b) provides that each attorney who files a notice of appeal must file with the clerk of the court of appeals a statement naming each party represented on appeal by that attorney. 1st Cir. R. 12.0 requires that statement in the form of an appearance.

Signature  /s/ Alan Gura
Date  November 13, 2011

Pineiro v. Gemme, U.S. Dist. Ct, D. Mass. No. 4:10-CV-40262-FDS

This case is not factually related, and does not involve the same parties. However, it raises some of the same essential issues, namely, the constitutionality of Massachusetts' discretionary licensing scheme for the issuance of handgun carry licenses under the Second and Fourteenth Amendments.