# United States Court of Appeals
## For the First Circuit

_____

### NOTICE OF APPEARANCE

**No.** 11-2281                    **Short Title:** Hightower v. City of Boston

The Clerk will enter my appearance as counsel on behalf of *(please list names of all parties represented, using additional sheet(s) if necessary)*:

Stacey Hightower _____ as the

[✔] appellant(s)                [  ] appellee(s)                [  ] amicus curiae

[  ] petitioner(s)              [  ] respondent(s)              [  ] intervenor(s)


/s/ Alan Gura/                              November 13, 2011
Signature                                   Date

Alan Gura
Name

Gura & Possessky, PLLC                      703.835.9085
Firm Name (if applicable)                   Telephone Number

101 N. Columbus Street, Suite 405           703.997.7665
Address                                     Fax Number

Alexandria, VA 22314                        alan@gurapossessky.com
City, State, Zip Code                       Email (required)

Court of Appeals Bar Number: 1148005


Has this case or any related case previously been on appeal?

[✔] No          [  ] Yes   Court of Appeals No._____

==================================================================

**Attorneys for both appellant and appellee must file a notice of appearance within 14 days of case opening**. New or additional counsel may enter an appearance outside the 14 day period; however, a notice of appearance may not be filed after the appellee/respondent brief has been filed without leave of court. 1st Cir. R. 12.0(a).

**Counsel must complete and file this notice of appearance in order to file pleadings in this court**. Counsel not yet admitted to practice before this court must submit an application for admission with this form. 1st Cir. R. 46.0(a)(2). Effective January 1, 2010, use of the Case Management/Electronic Case Files (CM/ECF) system is mandatory for all attorneys filing in this court. Counsel may register at http://pacer.psc.uscourts.gov/.