# UNITED STATES COURT OF APPEALS FOR THE FIRST CIRCUIT

Case name: Hightower v. City of Boston
District Court Case No.: 08-CV-11955-DJC       District of: Massachusetts
Date Notice of Appeal filed: October 26, 2011       Court of Appeals Case No.: 11-2281
Form filed on behalf of: Appellant Stacey Hightower

## TRANSCRIPT REPORT

Transcript Not Necessary for this Appeal _____

Transcript Already Filed in District Court. List each transcript by docket entry number and date and type of proceeding (attach separate page if necessary): Docket 51, 9/16/2011 -- Hearing on Cross-Dispositive Motions, held June 21, 2011

## TRANSCRIPT ORDER

Name of Court Reporter: _____
Phone Number of Reporter: _____

A. _____ **This constitutes an order of the transcript of the following proceedings [check appropriate box(es) and indicate dates of hearing(s)]:**

| PROCEEDING(S) | HEARING DATE(S) |
|---|---|
| ☐ Jury Voir Dire | |
| ☐ Opening Statement (plaintiff) | |
| ☐ Opening Statement (defendant) | |
| ☐ Trial | |
| ☐ Closing Argument (plaintiff) | |
| ☐ Closing Argument (defendant) | |
| ☐ Findings of Fact/Conclusions of Law | |
| ☐ Jury Instructions | |
| ☐ Change of Plea | |
| ☐ Sentencing | |
| ☐ Bail hearing | |
| ☐ Pretrial proceedings (specify) _____ | |
| ☐ Testimony (specify) _____ | |
| ☐ Other (specify) _____ | |

NOTE: Any form that fails to specify in adequate detail those proceedings to be transcribed will be considered deficient.

B. _____ **I certify that I have contacted the court reporter and the following financial arrangements for payment of the transcript have been made:**

☐ Private funds.
☐ Government expense (civil case). IFP status has been granted and a motion for transcript at government expense has been allowed. (Attach a copy of the order to each copy of this order form.)
☐ Criminal Justice Act. A CJA Form 24 has been approved by the district court judge.
☐ Criminal Justice Act. A CJA Form 24 is attached for authorization by the court of appeals.
☐ Federal Public Defender/Government Counsel - no CJA Form 24 necessary.

Filer's name: Alan Gura       Filer's Signature: /s/ Alan Gura/
Firm/Address: Gura & Possessky, PLLC       Filer's Email address: alan@gurapossessky.com
Telephone number: 703.835.9085       Date mailed to court reporter: _____

(Court Reporter Use ONLY) Date received: _____

Form CA1-10 (6/09/09)                                                                 **SEE INSTRUCTIONS ON REVERSE**